| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Leanthony Holden |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Southern District of Texas (Houston) |
| Case number | 15-35216 |

**Official Form 410S2**

# Notice of Postpetition Mortgage Fees, Expenses, and Charges

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

**Name of Creditor:** THE BNK OF NY MELLON TRUST CO. NA,TRUSTEE(See 410)

**Last 4 digits** of any number you use to identify the debtor's account: 8646

**Court claim no.** (if known): 6

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☑ No
☐ Yes. Date of the last notice _____

## Part 1: Itemized Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| Description | Dates Incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) $ | 0.00 |
| 2. Non-sufficient funds (NSF) fees | | (2) $ | 0.00 |
| 3. Attorney fees | 11-25-2015 | (3) $ | 300.00 |
| 4. Filing fees and court costs | | (4) $ | 0.00 |
| 5. Bankruptcy/Proof of claim fees | | (5) $ | 0.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) $ | 0.00 |
| 7. Property inspection fees | | (7) $ | 0.00 |
| 8. Tax advances (non-escrow) | | (8) $ | 0.00 |
| 9. Insurance advances (non-escrow) | | (9) $ | 0.00 |
| 10. Property preservation expenses. Specify: | | (10) $ | 0.00 |
| 11. Other. Specify: | | (11) $ | 0.00 |
| 12. Other. Specify: | | (12) $ | 0.00 |
| 13. Other. Specify: | | (13) $ | 0.00 |
| 14. Other. Specify: | | (14) $ | 0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

**Part 2:   Sign Here**

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box:

☑ I am the creditor.    ☐ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

✗ /s/ Paul Muller          Date  05/17/2016
Assistant Secretary

Specific Contact Information:          Nationstar Mortgage, LLC.
P: 877-782-7612                        PO Box 619096
PCN-PPFN.Inquiries@nationstarmail.com
                                       Dallas, TX 75261-9741

1810235-d885f329-2a27-41af-90a3-aec7130e2318-

# UNITED STATES BANKRUPTCY COURT

Southern District of Texas (Houston)

Chapter 13 No. 15-35216

In re:                                                    Judge: Marvin Isgur

Leanthony Holden

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2016, I have served a copy of this Notice and all attachments to the following by U.S. Mail, postage prepaid, or via filing with the US Bankruptcy Court's CM ECF system.

By U.S. Postal Service First Class Mail Postage Prepaid:

Debtor:                  Leanthony Holden
                             19631 Perth Meadows Ct
                             Katy, TX 77449

Debtor's Attorney:      Susan Tran
                             Corral Tran Singh LLP
                             440 Louisiana
                             Suite 2450
                             Houston, TX 77002

Trustee:                David G Peake
                             Chapter 13 Trustee
                             9660 Hillcroft
                             Suite 430
                             Houston, TX 77096-3856

/s/ Bill Taylor - Member of 4 S Technologies, LLC,

Authorized Agent for Nationstar Mortgage LLC,

through Walz Group as mailing agent